FILED
December 20, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> John Joseph Stoeff, ) <br> ) <br> Defendant. ) | Case No. 2:05-cr-539 WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release John Joseph Stoeff Case No. 2:05-cr-539 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　\_　　Release on Personal Recognizance

　　\_　　Bail Posted in the Sum of _____

　　X　　$60,000 Unsecured Appearance Bond

　　\_　　Appearance Bond with 10% Deposit

　　\_　　Appearance Bond secured by Real Property

　　\_　　Corporate Surety Bail Bond

　　X　　(Other) PTS conditions/supervision

Issued at Sacramento, CA on December 20, 2005 at 2:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge