DENNIS WAKS, Bar #142581
Acting Federal Defender

RACHELLE D. BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOHN JOSEPH STOEFF


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S. 05-539-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO EXTEND |
| v. | ) | TIME TO POST PROPERTY BOND |
| | ) | |
| JOHN JOSEPH STOEFF, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

On December 20, 2005, this Court ordered Mr. Stoeff released on a signature bond, with a property bond to be posted in two weeks (on January 3, 2006). Due to the holidays and the difficulty in getting the proper documentation prepared on the Pennsylvania property, the parties agree that the deadline for posting the property bond may be extended two additional weeks, to January 17, 2006. Defense counsel
//

has contacted the pretrial services officer to notify her of this requested extension.

Dated:  December 30, 2005

Respectfully submitted,

McGREGOR W. SCOTT  
United States Attorney

DENNIS WAKS  
Acting Federal Defender

 /s/ Mary Grad by R. Barbour  
MARY GRAD  
Assistant U.S. Attorney  
Attorney for United States

 /s/ Rachelle Barbour  
RACHELLE BARBOUR  
Assistant Federal Defender  
Attorneys for JOHN JOSEPH STOEFF

**O R D E R**

**IT IS SO ORDERED.**

Dated:  December 30, 2005.

_____  
UNITED STATES MAGISTRATE JUDGE

Stip/Order re: Property Bond                2