DENNIS WAKS, Bar #142581
Acting Federal Defender

RACHELLE D. BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOHN JOSEPH STOEFF


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S. 05-0539-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RE: |
| v. | ) | PROPERTY BOND |
| | ) | |
| JOHN JOSEPH STOEFF, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

    On December 20, 2005, this Court ordered Mr. Stoeff released on a signature bond, with a property bond to be posted in two weeks (which was extended two additional weeks by this Court's most recent order). The original amount of the bond was $60,000 to be secured by posting the equity in defendant's mother's home and three cars. At the time the parties and pretrial services believed the home only had $38,000 in equity. Now, the appraisal of the property has been done and the

property actually has approximately $55,500 in equity.  The parties have conferred and agree that the equity in the home may be posted to satisfy the property bond in this case.  Due to the amount of equity in the home, the parties agree that he need not post the vehicles. Defense counsel has conferred with the pretrial services officer who concurs with this request.

Dated:   January 5, 2006

Respectfully submitted,

| McGREGOR W. SCOTT | DENNIS WAKS |
| United States Attorney | Acting Federal Defender |

| /s/ Mary Grad by R. Barbour | /s/ Rachelle Barbour |
| MARY GRAD | RACHELLE BARBOUR |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorneys for JOHN JOSEPH STOEFF |

o O o

**O R D E R**

The Appearance Bond condition of the release order of December 20, 2005 is modified to provide for the posting of a secured bond in the amount of $55,000 by January 17, 2006.

IT IS SO ORDERED.

Date:   January 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Stip/Order re: Property Bond                2