1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2763

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    CR. S-05-539-WBS
                                )
12                Plaintiff,    )    STIPULATION AND ORDER
                                )    CONTINUING STATUS CONFERENCE
13                              )
       v.                       )
14                              )
   JOHN JOSEPH STOEFF, and      )
15 DANIEL AMOS ZOOK,            )
                                )
16                Defendants.   )
                                )
17

18      The captioned action is currently set for a status conference
19 before the court on January 18, 2006 at 9:00 a.m.  The government
20 has provided discovery to the defense counsel that they are
21 currently reviewing with their respective clients.  Both defendants
22 are out of custody and residing at a distance from defense counsel.
23 Mr. Stoeff resides in South Lake Tahoe, California and Mr. Zook
24 resides with his family in Pittsburgh, Pennsylvania.  The parties
25 request that the status conference be continued until February 16,
26 2006 at 2:00 p.m.
27      The parties also requested that time be excluded under the
28 provisions of the Speedy Trial Act from January 11, 2006 through

                                    1

1  February 16, 2006 under Local Code T4 for effective and diligent
2  preparation by defense counsel (18 U.S.C. § 3161 (h)(8)(B)(iv)).

McGREGOR W. SCOTT
United States Attorney

DATED: January 11, 2006          By  /s/ Mary L. Grad
                                 MARY L. GRAD
                                 Assistant U.S. Attorney

                                  /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Counsel for Defendant Stoeff

                                  /S/ Christopher Haydn-Myer
                                 CHRISTOPHER HAYDN-MYER

     IT IS SO ORDERED.

DATED:  January 12, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE