DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOHN JOSEPH STOEFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 05-539-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND REQUEST FOR |
| | ) | CONTINUANCE AND FINDING OF |
| v. | ) | EXCLUDABLE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT AND LOCAL |
| JOHN JOSEPH STOEFF, and, | ) | CODE T4; ORDER EXCLUDING TIME |
| DANIEL AMOS ZOOK, | ) | |
| | ) | Date: June 14, 2006 |
| Defendants. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, JOHN JOSEPH STOEFF, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, and defendant, DANIEL AMOS ZOOK, through his counsel CHRISTOPHER HAYDN-MYER, that the status conference hearing set for April 26, 2006 be vacated and reset for June 14, 2006 at 9:00 a.m.

This continuance is requested to provide additional time for defense counsel to investigate the case, determine Mr. Stoeff's criminal history, discuss the case with the prosecutor, and negotiate a plea agreement.  Mr. Stoeff has collaterally attacked a state vehicle code misdemeanor that potentially has a significant effect on the resolution in this case.  Mr. Stoeff's counsel has discussed this

1  matter with Mr. Zook's counsel who agrees with the continuance and
2  exclusion of time for his investigation and preparation.  Both
3  defendants are out of custody.
4      All parties desire that a status conference be set on June 14,
5  2006 at 9:00 a.m.  The parties further stipulate and agree that time
6  from the date of the order below until June 14, 2006, be excluded under
7  the Speedy Trial Act pursuant to Local Code T4, Title 18, United States
8  Code, Section 3161(h)(8)(B)(iv), to give defense counsel reasonable
9  time to prepare, conduct investigation, and discuss the case with the
10 defendant and the prosecutor.
11 Dated: April 21, 2006                Respectfully submitted,
12                                      DANIEL J. BRODERICK
                                        Acting Federal Defender
13
14                                      By /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
15                                      Assistant Federal Defender
                                        Attorney for Defendant
16                                      JOHN JOSEPH STOEFF
17
                                        /s/ Rachelle Barbour for
18                                      _____
                                        CHRISTOPHER HAYDN-MYER
19                                      Attorney for Defendant
                                        DANIEL AMOS ZOOK
20
21                                      MCGREGOR SCOTT
                                        United States Attorney
22
23                                      /s/ Rachelle Barbour for
                                        MARY GRAD
24                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
25
26
27
28

Stipulation and Order                 **2**

**ORDER**

**IT IS SO ORDERED.** The Court makes a finding of excludable time as set forth in the attached stipulation. The time between the date of this order through June 14, 2006, will be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv). The court specifically finds that a continuance is necessary to give counsel for the defendant reasonable time to prepare in this matter. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 25, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE