```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOHN JOSEPH STOEFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN JOSEPH STOEFF, and, ) <br> DANIEL AMOS ZOOK, ) <br> ) <br> Defendants. ) <br> ) | CR.S. 05-539-WBS <br><br> STIPULATION AND REQUEST FOR CONTINUANCE AND FINDING OF EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT AND LOCAL CODE T4; ORDER EXCLUDING TIME <br><br> Date: September 13, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, JOHN JOSEPH STOEFF, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, and defendant, DANIEL AMOS ZOOK, through his counsel CHRISTOPHER HAYDN-MYER, that the status conference hearing set for August 9, 2006 be vacated and reset for September 13, 2006 at 9:00 a.m.

This continuance is requested to provide additional time for the parties to reach a plea agreement and provide it to the Court. Mr. Stoeff's counsel must obtain additional documents from a state court regarding his criminal history. Further, both defendants' counsel are conducting investigation. Both defendants are out of custody.

All parties desire that a status conference be set on September

1  13, 2006 at 9:00 a.m.  The parties further stipulate and agree that
2  time from the date of the order below until September 13, 2006, be
3  excluded under the Speedy Trial Act pursuant to Local Code T4, Title
4  18, United States Code, Section 3161(h)(8)(B)(iv), to give defense
5  counsel reasonable time to prepare, conduct investigation, and discuss
6  the case with the defendants and the prosecutor.

7  Dated: August 7, 2006                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender


                                            By /s/ Rachelle Barbour
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOHN JOSEPH STOEFF


                                            /s/ Christopher Haydn-Myer
                                            _____
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
                                            DANIEL AMOS ZOOK


                                            MCGREGOR SCOTT
                                            United States Attorney


                                            /s/ Rachelle Barbour for
                                            MARY GRAD
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Stipulation and Order                     **2**

**ORDER**

**IT IS SO ORDERED.** The Court makes a finding of excludable time as set forth in the attached stipulation. The time between the date of this order through September 13, 2006, will be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv). The court specifically finds that a continuance is necessary to give counsel for the defendant reasonable time to prepare in this matter. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 7, 2006

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE