```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOHN JOSEPH STOEFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 05-539-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND REQUEST FOR |
| ) | CONTINUANCE AND FINDING OF |
| v. ) | EXCLUDABLE TIME UNDER THE |
| ) | SPEEDY TRIAL ACT AND LOCAL |
| JOHN JOSEPH STOEFF, and, ) | CODE T4; ORDER EXCLUDING TIME |
| DANIEL AMOS ZOOK, ) | |
| ) | Date: October 25, 2006 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, JOHN JOSEPH STOEFF, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, and defendant, DANIEL AMOS ZOOK, through his counsel CHRISTOPHER HAYDN-MYER, that the status conference hearing set for September 13, 2006 be vacated and reset for October 25, 2006 at 9:00 a.m.

This continuance is requested to provide additional time for the parties to reach a plea agreement and provide it to the Court.  Mr. Stoeff's counsel must obtain additional documents from a state court regarding his criminal history.  Further, both defendants' counsel are conducting investigation.  Both defendants are out of custody and

1  compliant with the terms of pretrial release.  Both defendants need to
2  make travel arrangements to return to Court for their entry of plea.
3      All parties desire that a status conference be set on October 25,
4  2006 at 9:00 a.m.  The parties further stipulate and agree that time
5  from the date of the order below until October 25, 2006, be excluded
6  under the Speedy Trial Act pursuant to Local Code T4, Title 18, United
7  States Code, Section 3161(h)(8)(B)(iv), to give defense counsel
8  reasonable time to prepare, conduct investigation, and discuss the case
9  with the defendants and the prosecutor.

10 Dated: September 11, 2006              Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         By /s/ Rachelle Barbour
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JOHN JOSEPH STOEFF


                                         /s/ Christopher Haydn-Myer
                                         _____
                                         CHRISTOPHER HAYDN-MYER
                                         Attorney for Defendant
                                         DANIEL AMOS ZOOK


                                         MCGREGOR SCOTT
                                         United States Attorney


                                         /s/ Rachelle Barbour for
                                         MARY GRAD
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

Stipulation and Order - Stoeff & Zook     **2**

**ORDER**

**IT IS SO ORDERED.** The Court makes a finding of excludable time as set forth in the attached stipulation. The time between the date of this order through October 25, 2006, will be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv). The court specifically finds that a continuance is necessary to give counsel for the defendant reasonable time to prepare in this matter. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 11, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE