DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN JOSEPH STOEFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S. 05-539-WBS |
| Plaintiff, | ) |
| | ) ORDER EXONERATING BOND |
| v. | ) |
| JOHN JOSEPH STOEFF, | ) |
| Defendant. | ) |

On March 5, 2007, defendant John Stoeff appeared for sentencing in this case and received a sentence of probation. Defense counsel orally moved the court to exonerate the posted property bond, and the Court granted that motion. The Court hereby orders that the property bond posted on behalf of Mr. Stoeff in the United States District Court for the Eastern District of California is EXONERATED and that the Clerk of the Court execute and file a reconveyance of the deed of trust used to secure the bond.

Dated:  March 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE